B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Ohio

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **LT Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **31-1385343** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **6500 Stockton Rd. Fairfield, OH**  ZIP Code: **45014** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code: |
| County of Residence or of the Principal Place of Business: **Butler** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code: | Mailing Address of Joint Debtor (if different from street address):  ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): **6500 Stockton Rd. Fairfield, OH 45014** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LT Enterprises, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**LT Enterprises, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Mitchell W. Allen**
Signature of Attorney for Debtor(s)

**Mitchell W. Allen 0052661**
Printed Name of Attorney for Debtor(s)

**Allen Law Firm**
Firm Name

**5947 Deerfield Blvd.**
**Suite 201**
**Mason, OH 45040**

Address

**Email: mitchell@allenlawco.com**
**513-229-2900  Fax: 513-229-2699**
Telephone Number

**July 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Kirk Tepe**
Signature of Authorized Individual

**Kirk Tepe**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 15, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **LT Enterprises, Inc.**
                                    Debtor(s)

Case No.
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AccuStream**<br>309 5th Avenue NW<br>Saint Paul, MN 55112 | **AccuStream**<br>309 5th Avenue NW<br>Saint Paul, MN 55112 | **Trade Debt** | | **20,021.00** |
| **AEROTEK**<br>PO BOX 198531<br>Atlanta, GA 30384 | **AEROTEK**<br>PO BOX 198531<br>Atlanta, GA 30384 | **Trade Debt** | | **23,154.60** |
| **B&G Supply Co.**<br>595Miami Street<br>Akron, OH 44311 | **B&G Supply Co.**<br>595Miami Street<br>Akron, OH 44311 | **Trade Debt** | | **21,867.66** |
| **BAE Systems**<br>9113 Le Saint Drive<br>Fairfield, OH 45014 | **BAE Systems**<br>9113 Le Saint Drive<br>Fairfield, OH 45014 | **Trade Debt** | | **82,042.00** |
| **Belcan Staffing Solutions**<br>7044 Fairfield Business Ctr<br>Fairfield, OH 45014 | **Belcan Staffing Solutions**<br>7044 Fairfield Business Ctr<br>Fairfield, OH 45014 | **Trade Debt** | | **29,381.58** |
| **Buycasting**<br>3155 research blvd. #101<br>Miamisburg, OH 45342 | **Buycasting**<br>3155 research blvd. #101<br>Miamisburg, OH 45342 | **Trade Debt** | | **14,627.70** |
| **Cincinnati Fasterner**<br>21 E. 73rd Street<br>Cincinnati, OH 45216 | **Cincinnati Fasterner**<br>21 E. 73rd Street<br>Cincinnati, OH 45216 | **Trade Debt** | | **16,317.93** |
| **CMC Impact Metals**<br>6565 N. MacArthur Blvd<br>Poteet, TX 78065 | **CMC Impact Metals**<br>6565 N. MacArthur Blvd<br>Poteet, TX 78065 | **Trade Debt** | | **100,589.42** |
| **Donald A. Reisenberg CPA**<br>9003 Cincinnati Dayton Road<br>West Chester, OH 45069 | **Donald A. Reisenberg CPA**<br>9003 Cincinnati Dayton Road<br>West Chester, OH 45069 | **Accounting Services** | | **12,250.00** |
| **Fifth Third Bank-Customer Service**<br>MD 1MOC2G-4050<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | **Fifth Third Bank-Customer Service**<br>MD 1MOC2G-4050<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | **Credit Cards** | | **130,000.00** |
| **Finishing Technology**<br>4510 MULHAUSER ROAD<br>Hamilton, OH 45011 | **Finishing Technology**<br>4510 MULHAUSER ROAD<br>Hamilton, OH 45011 | **Trade Debt** | | **24,468.40** |

B4 (Official Form 4) (12/07) - Cont.

In re  **LT Enterprises, Inc.**             Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GMA Garnet (USA) Corp<br>480N.Sam Houston Pkwy.E<br>Houston, TX 77060 | GMA Garnet (USA) Corp<br>480N.Sam Houston Pkwy.E<br>Houston, TX 77060 | Trade Debt | | 15,380.00 |
| Joseph T. Ryerson& Son<br>3475 Spring Grove Ave.<br>Cincinnati, OH 45223 | Joseph T. Ryerson& Son<br>3475 Spring Grove Ave.<br>Cincinnati, OH 45223 | Trade Debt | | 16,381.07 |
| Milwaukee Precision Castings | Milwaukee Precision Castings | Trade Debt | | 92,589.08 |
| Precision Certified Welding<br>203 N. Jersey St.<br>Dayton, OH 45403 | Precision Certified Welding<br>203 N. Jersey St.<br>Dayton, OH 45403 | Trade Debt | | 14,503.31 |
| Production Paint Finishers<br>140 Center Street<br>Bradford, OH 45308 | Production Paint Finishers<br>140 Center Street<br>Bradford, OH 45308 | Trade Debt | | 78,232.60 |
| SCS Technologies<br>337 W Benson St.<br>Cincinnati, OH 45215 | SCS Technologies<br>337 W Benson St.<br>Cincinnati, OH 45215 | Trade Debt | | 12,900.00 |
| Trans-Acc, Inc.<br>11167 Deerfield Road<br>Cincinnati, OH 45242 | Trans-Acc, Inc.<br>11167 Deerfield Road<br>Cincinnati, OH 45242 | Trade Debt | | 204,801.65 |
| Tristate Machine Service Inc.<br>PO Box 376<br>Miamisburg, OH 45343 | Tristate Machine Service Inc.<br>PO Box 376<br>Miamisburg, OH 45343 | Trade Debt | | 12,960.19 |
| Wire-Tek<br>234 Industrial Drive<br>Sunman, IN 47041 | Wire-Tek<br>234 Industrial Drive<br>Sunman, IN 47041 | Trade Debt | | 12,102.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 15, 2011**           Signature  **/s/ Kirk Tepe**
                                                                           **Kirk Tepe**
                                                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

A B Deburring
525 Carr St.
Cincinnati, OH 45203

ACCU-GRIND
272 Leo Street
Dayton, OH 45404

AccuStream
309 5th Avenue NW
Saint Paul, MN 55112

Advanced Global Materials Inc.
305 Unit Knickerbocker Ave.
Bohemia, NY 11716

AEROTEK
PO BOX 198531
Atlanta, GA 30384

AFLAC
1932 Wynnton Road
Columbus, GA 31999

Alliance Calibration


ALRO STEEL CORPORATION


Aluminum Extruded Shapes, Inc.
10549 Reading Road
Cincinnati, OH 45241

American Ring & Tool Co.
30450 Bruce Industrial Parkway
Solon, OH 44139

AMERICAN TESTING SERVICES
2268 NORTH MORAINE DRIVE
Dayton, OH 45439

AQA International
501 Commerce Drive NE
Columbia, SC 29223

ARROW BATTERY
PO Box 3212
Dayton, OH 45401

B&G Supply Co.
595Miami Street
Akron, OH 44311

```
BAE Systems
9113 Le Saint Drive
Fairfield, OH 45014

Barton Mines Co.
1557 State Rt. 9
Lake George, NY 12845

Belcan Staffing Solutions
7044 Fairfield Business Ctr
Fairfield, OH 45014

Blue Ash Ind. Supply Inc.
6909 Cornell Road
Cincinnati, OH 45242

Burton Metal Finishing
1711 WOODLAND AVENUE
Columbus, OH 43219

Buycasting
3155 research blvd. #101
Miamisburg, OH 45342

Chesapeake Defense Services
4603B Compass Point Road
Belcamp, MD 21017

Chukar
12070 43 rd. Street N.E.
Saint Michael, MN 55376

Cincinnati Bell Technology Sol.
221 E. Fourth St.
Cincinnati, OH 45201

Cincinnati Fasterner
21 E. 73rd Street
Cincinnati, OH 45216

Cincinnati Propane Inc.
PO BOX 219
Miamiville, OH 45147

Cintas Fire Protection
690 E Crescentville Rd
Cincinnati, OH 45246

CMC Impact Metals
6565 N. MacArthur Blvd
Poteet, TX 78065

Commonwealth Machine Tool
2218 Moffett Road
Independence, KY 41051
```

Copper and Brass Sales
9700 Poe Ave.
Dayton, OH 45414

Curbell Inc.
11145 Ashburn Rd.
Cincinnati, OH 45241

Donald A. Reisenberg CPA
9003 Cincinnati Dayton Road
West Chester, OH 45069

Duke Energy
PO Box  960
Mail Drop 309C
Cincinnati, OH 45201

Electroshield Plating
230 Chambers Ave.
PO Box 692
Georgetown, KY 40324

Equipment Depot
PO BOX 714896
Columbus, OH 43271

Euler Hermes ACI Services
800 Red Brook Blvd
Owings Mills, MD 21117

F&M Mafco Inc.
P.O. Box 11013
Cincinnati, OH 45211

FARO Technologies Inc.
525 Technology Park, Suite 125
Lake Mary, FL 32746

Fifth Third Bank


Fifth Third Bank-Customer Service
MD 1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263

Finishing Technology
4510 MULHAUSER ROAD
Hamilton, OH 45011

G&W Machinery
4315 Salzman Road
Middletown, OH 45044

```
GE CU
P.O. Box 62357
Cincinnati, OH 45262-0357

GMA Garnet (USA) Corp
480N.Sam Houston Pkwy.E
Houston, TX 77060

HERCULES HEAT TREATING CORP
101-113 CLASSON AVENUE
Brooklyn, NY 11205

Humana Inc.
1100 Employers Blvd.
Green Bay, WI 54344

Ingersoll Cutting Tools
845 South Lyford Rd
Rockford, IL 61108

Ingersoll-Rand Company
6350 Castle Drive
Mason, OH 45040

Joseph T. Ryerson& Son
3475 Spring Grove Ave.
Cincinnati, OH 45223

KJJM Holdings, LLC


KMI
5725DRAGON WAY
Cincinnati, OH 45227

KORDENBROCK TOOL& DIE
10250 WAYNE AVENUE
Cincinnati, OH 45215

Labor Law Center
12534 Valley View Street
Suite 134
Garden Grove, CA 92845-2006

Lakeland Aluminum Inc.
36696 Sugar Ridge Road
North Ridgeville, OH 44039

LASERCRAFT
11310 Williamson Rd.
Cincinnati, OH 45241

Mazak Corporation
PO BOX 702100
Cincinnati, OH 45270
```

```
Measure-All Inc.
447 Nilles Road
Fairfield, OH 45014

Metal Supermarkets
4766 Dues Dr.
Unit C
Cincinnati, OH 45246

Miami Industrial
558 Northland Blvd.
Cincinnati, OH 45240

Milwaukee Precision Castings


Modern Office Methods
4747 Lake Forest Dr.
Cincinnati, OH 45242

Msc Industrial Supply Co.
1313 E. Kemper Road
Cincinnati, OH 45246

Performance Abrasives, Inc.
10330 Wayne Ave.
Cincinnati, OH 45215

Planet Products
4200 Malsbary Rd.
Cincinnati, OH 45242

Precision Certified Welding
203 N. Jersey St.
Dayton, OH 45403

Production Paint Finishers
140 Center Street
Bradford, OH 45308

PURE WATER COMPANY OF OHIO
PO BOX 42583
Cincinnati, OH 45242

Quench USA
PO BOX 644006
Cincinnati, OH 45264

Rumpke
PO Box 538708
Cincinnati, OH 45253

Rush
PO BOX 2810
Dayton, OH 45401
```

S&D Products Inc.
1390 Sehiferl Road
Bartlett, IL 60103

S&S Fastener
12120 Ellington Court
Cincinnati, OH 45249

Schaefer Box & Pallet Company
11875 Paddy's Run Rd.
Hamilton, OH 45013

SCS Technologies
337 W Benson St.
Cincinnati, OH 45215

SOI Online
PO Box 750308
Dayton, OH 45475

Staples Advantage
PO Box 83689
Chicago, IL 60696

Staples Credit Plan
PO Box 689020
Des Moines, IA 50368

Terminix International
4305 Muhlhauser Rd.
Fairfield, OH 45014

Tim Tepe
301 E. Silver St.
Lebanon, OH 45036

Trans-Acc, Inc.
11167 Deerfield Road
Cincinnati, OH 45242

Travers Tool
128-15 26TH AVE
Flushing, NY 11354

TRI-STAR INDUSTRY SAFETY PROD
635 Shepherd Drive
Cincinnati, OH 45215

Tristate Machine Service Inc.
PO Box 376
Miamisburg, OH 45343

UNITED HARD CHROME
2202 Gilbert Avenue Northeast
Canton, OH 44705

```
Utica
44225 Utica Road
Utica, MI 48317

Valley National Gases
P.O. Box 6378
Wheeling, WV 26003

VARLAND METAL SERVICES, INC.
3231 Fredonia Ave.
Cincinnati, OH 45229

Weldco
2121 Spring Groove Ave.
Cincinnati, OH 45214

Wholesale Tools Inc.
527 Minors Drive
Mukwonago, WI 53149

Winston Heat Treating
711 E Second St.
Dayton, OH 45402

Wire-Tek
234 Industrial Drive
Sunman, IN 47041

Xspect Solutions Inc.
46962 Liberty Drive
Wixom, MI 48393
```

# United States Bankruptcy Court
## Southern District of Ohio

In re **LT Enterprises, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LT Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 15, 2011**

Date

**/s/ Mitchell W. Allen**

**Mitchell W. Allen 0052661**

Signature of Attorney or Litigant

Counsel for **LT Enterprises, Inc.**

**Allen Law Firm**
**5947 Deerfield Blvd.**
**Suite 201**
**Mason, OH 45040**
**513-229-2900 Fax:513-229-2699**
**mitchell@allenlawco.com**